# Exhibit A

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SERRA FALK GOLDMAN, individually, as personal representative of the Estate of William Goldman, deceased, as personal representative of the Estate of M.G. deceased, and as guardian ad litem of minor, G.G.; and G.G., a minor, by and through his guardian ad litem,<br><br>    Plaintiffs,<br><br>v.<br><br>MATTITUCK SERVICES, INC.; CONTINENTAL MOTORS SERVICES, INC.; CONTINENTAL MOTORS, INC.; and DOES 1 through 21,<br><br>    Defendants. | AFFIDAVIT OF SERRA FALK GOLDMAN |

I, Serra Falk Goldman, under penalty of perjury, state as follows:

1. My name is Serra Falk Goldman. I am the duly appointed personal representative of the Estate of William Goldman, deceased, and the duly appointed personal representative of the Estate of M.G., deceased.

2. Authenticated copies of the Letters of Administration appointing me as personal representative of Estate of William Goldman, deceased, and the Estate of M.G., deceased, are attached to this affidavit.

3. Neither decedent William Goldman nor decedent M.G. are indebted to any resident of the State of New York.

4. More than six months has passed since William Goldman and M.G. passed away. No petition for ancillary administration of either decedent's estate has been filed in any court in the State of New York.

I affirm this 9 day of July, 2019, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that I am physically located outside the geographic boundaries of the United States, Puerto Rico, the United States Virgin Islands, or any territory or insular possession subject to the jurisdiction of the United States, that the foregoing is true and correct, and I understand that this document may be filed in an action or proceeding in a court of law.

*Serra Falk Goldman*
Serra Falk Goldman

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 9 day of July, 2019.

*Serra Falk Goldman*
Serra Falk Goldman

|  |  |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address):<br>Stevan N. Luzaich (SBN 66658)<br>Corey, Luzaich, de Ghetaldi & Riddle LLP<br>700 El Camino Real, P.O. Box 669<br>Millbrae, CA 94030<br>ATTORNEY FOR (Name): Serra Falk Goldman | TELEPHONE AND FAX NOS.:<br>650-871-5666<br>650-871-4144 |

DE-150

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Mateo
STREET ADDRESS: 400 County Center
MAILING ADDRESS:
CITY AND ZIP CODE: Redwood City, CA 94063
BRANCH NAME: Southern Branch/Hall of Justice

ESTATE OF (Name): William S. Goldman
DECEDENT

FOR COURT USE ONLY

**FILED**
SAN MATEO COUNTY
JUN 1 3 2019
Clerk of the Superior Court
By _____
DEPUTY CLERK

LETTERS
☐ TESTAMENTARY        ☐ OF ADMINISTRATION
☐ OF ADMINISTRATION WITH WILL ANNEXED   ☑ SPECIAL ADMINISTRATION

CASE NUMBER: 19PRO00760

### LETTERS

1. ☐ The last will of the decedent named above having been proved, the court appoints (name):
   a. ☐ executor.
   b. ☐ administrator with will annexed.
2. ☑ The court appoints (name): Serra Falk Goldman
   a. ☐ administrator of the decedent's estate.
   b. ☑ special administrator of decedent's estate
      (1) ☑ with the special powers specified in the Order for Probate.
      (2) ☐ with the powers of a general administrator.
      (3) ☑ letters will expire on (date): July 13, 2021
3. ☐ The personal representative is authorized to administer the estate under the Independent Administration of Estates Act ☐ with full authority
   ☐ with limited authority (no authority, without court supervision, to (1) sell or exchange real property or (2) grant an option to purchase real property or (3) borrow money with the loan secured by an encumbrance upon real property).
4. ☐ The personal representative is not authorized to take possession of money or any other property without a specific court order.

WITNESS, clerk of the court, with seal of the court affixed.

(SEAL)   Date: JUN 1 3 2019
Clerk, by _____ (DEPUTY)

### AFFIRMATION

1. ☐ PUBLIC ADMINISTRATOR: No affirmation required (Prob. Code, § 7621(c)).
2. ☑ INDIVIDUAL: I solemnly affirm that I will perform the duties of personal representative according to law.
3. ☐ INSTITUTIONAL FIDUCIARY (name):
   I solemnly affirm that the institution will perform the duties of personal representative according to law. I make this affirmation for myself as an individual and on behalf of the institution as an officer.
   (Name and title):
4. Executed on (date): June 12, 2019
   at (place): San Francisco, California.

▶ _Serra Falk Goldman_
(SIGNATURE)

### CERTIFICATION

I certify that this document is a correct copy of the original on file in my office and the letters issued the personal representative appointed above have not been revoked, annulled, or set aside, and are still in full force and effect.

(SEAL)   Date: JUN 1 3 2019
Clerk, by _____ (DEPUTY)

Form Approved by the Judicial Council of California
DE-150 [Rev January 1, 1998]
Mandatory Form [1/1/2000]

**LETTERS**
(Probate)

Probate Code, §§ 1001, 8403, 8405, 8544, 8545;
Code of Civil Procedure, § 2015.6

DE-150

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | TELEPHONE AND FAX NOS.: | FOR COURT USE ONLY |
|---|---|---|
| Stevan N. Luzaich (SBN 66658)<br>Corey, Luzaich, de Ghetaldi & Riddle LLP<br>700 El Camino Real, P.O. Box 669<br>Millbrae, CA 94030 | 650-871-5666<br>650-871-4144 | **FILED**<br>SAN MATEO COUNTY<br>JUN 1 3 2019<br>Clerk of the Superior Court<br>By _[signature]_<br>DEPUTY CLERK |

ATTORNEY FOR (Name): Serra Falk Goldman

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Mateo
STREET ADDRESS: 400 County Center
MAILING ADDRESS:
CITY AND ZIP CODE: Redwood City, CA 94063
BRANCH NAME: Southern Branch/Hall of Justice

ESTATE OF (Name): **Redacted: M.G.'s Name**

DECEDENT

**LETTERS**
☐ TESTAMENTARY ☐ OF ADMINISTRATION
☐ OF ADMINISTRATION WITH WILL ANNEXED ☑ SPECIAL ADMINISTRATION

CASE NUMBER: **19PR000759**

**LETTERS**

1. ☐ The last will of the decedent named above having been proved, the court appoints (name):
   a. ☐ executor.
   b. ☐ administrator with will annexed.
2. ☑ The court appoints (name):
   Serra Falk Goldman
   a. ☐ administrator of the decedent's estate.
   b. ☑ special administrator of decedent's estate
      (1) ☑ with the special powers specified in the Order for Probate.
      (2) ☐ with the powers of a general administrator.
      (3) ☑ letters will expire on (date): July 13, 2021
3. ☐ The personal representative is authorized to administer the estate under the Independent Administration of Estates Act ☐ with full authority ☐ with limited authority (no authority, without court supervision, to (1) sell or exchange real property or (2) grant an option to purchase real property or (3) borrow money with the loan secured by an encumbrance upon real property).
4. ☐ The personal representative is not authorized to take possession of money or any other property without a specific court order.

WITNESS, clerk of the court, with seal of the court affixed.

(SEAL) Date: **JUN 1 3 2019**
Clerk, by _[signature]_ (DEPUTY)

**AFFIRMATION**

1. ☐ PUBLIC ADMINISTRATOR: No affirmation required (Prob. Code, § 7621(c)).
2. ☑ INDIVIDUAL: I solemnly affirm that I will perform the duties of personal representative according to law.
3. ☐ INSTITUTIONAL FIDUCIARY (name):
   I solemnly affirm that the institution will perform the duties of personal representative according to law. I make this affirmation for myself as an individual and on behalf of the institution as an officer.
   (Name and title):
4. Executed on (date): June 12, 2019
   at (place): San Francisco , California.

▶ _Serra Falk Goldman_
(SIGNATURE)

**CERTIFICATION**
I certify that this document is a correct copy of the original on file in my office and the letters issued the personal representative appointed above have not been revoked, annulled, or set aside, and are still in full force and effect.

(SEAL) Date: **JUN 1 3 2019**
Clerk, by _[signature]_ (DEPUTY)

Form Approved by the
Judicial Council of California
DE-150 [Rev January 1, 1998]
Mandatory Form [1/1/2000]

**LETTERS**
(Probate)

Probate Code, §§ 1001, 8403,
8405, 8544, 8545;
Code of Civil Procedure, § 2015.6