**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SERRA FALK GOLDMAN, individually, as personal representative of the Estate of William Goldman, deceased, as personal representative of the Estate of M.G. deceased, and as natural guardian and guardian ad litem of minor, G.G.; and G.G., a minor, by and through his guardian ad litem,<br><br>                Plaintiffs,<br><br>v.<br><br>MATTITUCK SERVICES, INC.; CONTINENTAL MOTORS SERVICES, INC.; CONTINENTAL MOTORS, INC.; CIRRUS DESIGN CORPORATION; and DOES 1 through 30,<br><br>                Defendants. | Case No.: 2:19-cv-03958-KAM-RLM |

**CIRRUS DESIGN CORPORATION'S**
**DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant Cirrus Design Corporation hereby certifies that

1. Cirrus Industries, Inc. is the parent corporation of Cirrus Design Corporation; and

2. No publicly held corporation owns more than ten percent of the stock of Cirrus Design Corporation or Cirrus Industries, Inc.

Dated: October 3, 2019

Respectfully submitted,

Reed Smith LLP

By: /s/ Patrick E. Bradley
Patrick E. Bradley
136 Main Street, Suite 250
Princeton, New Jersey 08540
T: 609.524.2044
F: 609.951.0824
pbradley@reedsmith.com
*Attorneys for Defendant*
*Cirrus Design Corporation*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record via the Court's CM/ECF system on this 3rd day of October, 2019.

/s/ Patrick E. Bradley
Patrick E. Bradley

- 2 -