UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SERRA FALK GOLDMAN, individually, ) <br> as personal representative of the Estate of ) <br> William Goldman, deceased, ) <br> as personal representative of the Estate of M.G., ) <br> Deceased, and ) <br> as natural guardian and guardian ad litem of ) <br> minor, G.G., ) <br> ) <br> and ) <br> ) <br> G.G., a minor, by and through his guardian ad ) <br> litem, ) <br> ) <br>           Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MATTITUCK SERVICES, INC.; ) <br> CONTINENTAL MOTORS SERVICES, ) <br> INC.; CONTINENTAL MOTORS, INC.; ) <br> CIRRUS DESIGN CORPORATION; ) <br> and DOES 1 through 30, ) <br> ) <br>           Defendants. ) | Case No. 19-3958 |

**DEFENDANTS' DISCLOSURE STATEMENT**
**PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Continental Motors, Inc., individually and as successor-by-merger to Continental Motors Services, Inc., formerly known as Mattituck Services, Inc., states as follows: Continental Motors Inc. is a wholly owned subsidiary of Continental Motors Group Limited, a Hong Kong corporation. Continental Motors Services, Inc. merged into Continental Motors, Inc. on or about August 31, 2018. Neither Continental Motors, Inc., Continental Motors Services, Inc., nor Continental Motors Group Limited has issued shares to the public.

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it will promptly file a supplemental statement upon any change in the information that this statement requires.

Dated: October 14, 2019

                        Gary A. Gardner
                        SKINNER LAW GROUP
                        200 Broadhollow Road, Suite 207
                        Melville, NY 11747
                        Tel. 631.393.5024
                        Fax 917.538.2774
                        gardner@skinnerlawgroup.com

                        and

                        Sherri Rich Ginger*
                        Mark B. Roberts*
                        ARMBRECHT JACKSON, LLP
                        RSA Tower, 27th Floor
                        11 North Water Street
                        Mobile, AL  36602
                        Phone: 251.405.1300
                        Facsimile: 251.432.6843
                        srg@ajlaw.com
                        mbr@ajlaw.com
                        *Motion for Admission Pro Hac Vice Pending

                        *Attorneys for Continental Motors, Inc.*

**CERTIFICATE OF SERVICE**

I, the undersigned, certify that on this date I caused a true and correct copy of the foregoing to be filed via the Official Court Electronic Document Filing System, and that said documents are therefore available for viewing and downloading from the ECF system. By virtue of this filing, service is complete upon receipt of the Court's e-mail notification of the Notice of Electronic Filing for the following Electronic Case Filing Users:

Kevin J. Mahoney, Esq.
KREINDLER & KREINDLER LLP
750 Third Ave.
New York, NY  10017
*Attorneys for Plaintiff*

Michael S. Danko
Claire Y. Choo
DANKO MEREDITH
333 Twin Dolphin Drive, Suite 145
Redwood City, CA  94065
*Attorneys for Plaintiff*

DATED:	October 14, 2019	s/ Gary A. Gardner